IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                         Case No.:   3:05cr61/LAC
                                                        3:07cv518/LAC/MD

**BILLY RAY SCARLETT**

_____

## ORDER

The Court's order of November 6, 2008 (Doc 149) is hereby amended to reflect that the Federal Public Defender is appointed for Defendant for the purposes of both resentencing and appeal in the above-styled cause.

**DONE AND ORDERED** this 18th day of November, 2008.


                                            *s/L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**